UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LAURA KELLY,

        Plaintiff,

    v.                                                   Case No. 20-cv-0130-bhl

HUDAPACK METAL TREATING INC,

        Defendant.

## ORDER

        On March 8, 2021, the Court issued an Order to Show Cause to counsel for the parties after they failed to file dismissal papers or a status report with the Court as directed. (ECF No. 17.) That Order also directed the parties to file dismissal papers, a joint status report, or an amended joint report of their Fed. R. Civ. P. 26(f) plan. Counsel for the parties promptly responded with an apology and joint status report indicating that the form of the settlement agreement has been approved but not yet executed, and requesting a schedule be set. Accordingly,

    **IT IS HEREBY ORDERED**:

1. The order to show cause is satisfied.
2. The parties shall file their Joint Motion for Preliminary Approval of Class Action Settlement and Class Certification for the Purposes of Settlement on or before **April 16, 2021**.

Dated at Milwaukee, Wisconsin on March 17, 2021.

                                                                 s/ Brett H. Ludwig
                                                                  BRETT H. LUDWIG
                                                                   United States District Judge